■ BONARCO, LTD., Appellant, v COSSINGTON OVERSEAS LTD. et al., Respondents. [703 NYS2d 26] —Order, Supreme Court, New York County (Herman Cahn, J.), entered February 18, 1999, which, to the extent appealed from as limited by the brief, in an action against defendants-respondents for abuse of process, granted defendants-respondents' CPLR 3211 (a) (7) motion to dismiss the complaint against them, unanimously affirmed, with costs.

Under the instant circumstances, defendants-respondents' service of their summons and complaint, and the issuance, via proper judicial process, of the Russian court's restraining order on plaintiff's sale of stock purchased by it from a third party who stole it from defendants, are insufficient to support an abuse of process claim (Curiano v Suozzi, 63 NY2d 113; Park v State of New York, 226 AD2d 153; Matthews v New York City

*Dept. of Social Servs.*, 217 AD2d 413, *lv denied* 87 NY2d 812). Moreover, plaintiff failed to allege that defendants in some way wrongfully utilized process to gain an advantage collateral to its legitimate ends (*supra*). Concur—Sullivan, J. P., Williams, Mazzarelli, Wallach and Lerner, JJ.